FILED

FEB 13 2003

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

Phoenix Marketing Group, LLC
vs.

Bernard H. Boucher

No. 4:03CV00173

**United States District Court**

Eastern District of Missouri

February 13, 19 2003

## MEMORANDUM FOR CLERK

Cause Called. Parties Appeared. Defendant's counsel requests an opportunity to file a Motion to Dismiss prior to the hearing on Plaintiff's Motion for Preliminary + Permanent Injunction. Plaintiff's Defendant's request is granted. Defendant's Motion to Dismiss is to be filed and provided to Plaintiff's counsel at or before 4 p.m. on February 13, 2003. Plaintiff's response to Defendant's Motion to Dismiss to Dism is to be filed + provided to Defendant's counsel at or before 4 pm on February 26, 2003.

So Ordered

2/13/03

Plaintiff    Alan D. H___    # 93994
Attorney for    (314) 436-13__
Defendant

E. W. ___
Atty. for D
621-5070    # X

INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 02/19/03 by jjones
                    4:03cv173     Phoenix Marketing vs Boucher

28:1332 Diversity-Other Contract

William Corrigan -  2879              Fax: 314-621-5065
Adam Hirtz -  93994                  Fax: 314-480-1530
Gerard Rodriguez -  44637            Fax: 314-480-1530
E. Sayad -  42558                    Fax: 314-621-5065

SCANNED & FAXED BY:
FEB 1 9 2003
C. D. D.