RECEIVED
OCT - 6 2003
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PHOENIX MARKETING GROUP, LLC, )
)
Plaintiff, )
) Case No. 4:03CV00173CAS
vs. )
)
BERNARD H. BOUCHER, )
)
Defendant. )

*So Ordered* 10/8/03

### DISMISSALS WITH PREJUDICE

Phoenix Marketing Group, LLC ("Phoenix"), by and through its attorneys, hereby dismisses the above-captioned action against Defendant Bernard H. Boucher ("Boucher").

Boucher also hereby dismisses its counterclaim in the above-captioned action against Phoenix.

Each party shall bear its or his own costs in this matter.

Respectfully submitted,

HUSCH & EPPENBERGER, LLC

By: _____
Gerard K. Rodriguez, E.D.Mo. 44637
Adam D. Hirtz, E.D.Mo. 93994
190 Carondelet Plaza, Ste.600
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
*Attorneys for Plaintiff Phoenix Marketing Group, LLC*

DUFFY & KEENAN

By: _____
Kenneth F. Fulginiti
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, PA 19106
Telephone: (215) 238-8700
Facsimile: (215) 238-8710
and
William M. Corrigan, Jr.
E.W. Gentry Sayad
ARMSTRONG TEASDALE
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102
Telephone: (314) 621-5070
Facsimile: (314) 621-5065
*Co-counsel for Defendant Bernard Boucher*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 10/08/03 by kspurgeo
               4:03cv173     Phoenix Marketing vs Boucher

28:1332 Diversity-Other Contract

```
William Corrigan -  2879          Fax: 314-621-5065
Kenneth Fulginiti -               Fax: 215-238-8710
Adam Hirtz -   93994              Fax: 314-480-1505
Gerard Rodriguez -   44637        Fax: 314-480-1505
E. Sayad -   42558                Fax: 314-612-2346
```

SCANNED & FAXED BY
OCT - 8 2003
SAH